# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 14, 2008

Charles R. Fulbruge III
Clerk

No. 07-60305
Summary Calendar

MOHAMED NAGI

Petitioner

V.

MICHAEL B MUKASEY, U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79 126 434

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

Mohamed Nagi, a native and citizen of Yemen, petitions this court to review the decision of the Board of Immigration Appeals (BIA) adopting and affirming the decision of the Immigration Judge (IJ) denying his application for withholding of removal. Nagi argues that he demonstrated a well-found fear of persecution based on his respect for all religions and the prohibition against apostasy, or conversion from Islam, in Yemen. We conclude from a review of the record that the BIA's determination is supported by substantial evidence, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the record does not compel a conclusion contrary to the BIA's denial of withholding of removal.  See Roy v. Ashcroft, 389 F.3d 132, 138 (5th Cir. 2004); Efe v. Ashcroft, 293 F.3d 899, 906 (5th Cir. 2002); 8 C.F.R. § 208.16(b).  The petition for review is DENIED.